**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 268 MAL 2023

               Respondent                :

                                       :    Petition for Allowance of Appeal

              v.                     :    from the Order of the Superior Court

                                         :

JUSTIN CORLISS,                     :

               Petitioner                :

## ORDER

**PER CURIAM**

       **AND NOW**, this 12th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.